| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| __Northern__ District of __Georgia__ (State) |
| Case number (if known): _____ Chapter __11__ |

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Steakhouse Holdings LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   The Manchester Arms
   The Arms
   The Manchester Arms Atlanta
   The Manchester Arms ATL

3. **Debtor's federal Employer Identification Number (EIN)**

   8 2 – 4 8 3 2 4 1 7

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   | --- | --- |
   | 1705 Virginia Avenue<br>Number      Street | 337 Washington Street<br>Number      Street |
   | | 81283<br>P.O. Box |
   | College Park        GA        30337<br>City        State        ZIP Code | Wellesley Hills        MA        02481<br>City        State        ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Fulton County<br>County | 3758 LaVista Road<br>Number      Street |
   | | Suite 200 |
   | | Tucker        GA        30084<br>City        State        ZIP Code |

5. **Debtor's website (URL)**

   www.themanchesterarmsatl.com

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| Debtor | Steakhouse Holdings LLC | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

7 2 2 5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Steakhouse Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other __Affirmative Lease Covenants__

**Where is the property?** __1705 Virginia Avenue__
Number        Street

_____

__College Park__              __GA__    __30337__
City                                State   ZIP Code

**Is the property insured?**

☐ No

☑ Yes. Insurance agency __American National Property and Casualty Company, Certificate #10561477-01__

Contact name        __Jose Perez de Corcho    L# 604677__

Phone                    __888-798-1934__

---

**▓ Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Steakhouse Holdings LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

## ▌▌ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | ■ I have been authorized to file this petition on behalf of the debtor. |
| | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _11_ _04_ _2019_
MM / DD / YYYY

X _(signature)_      Ben J Cohen
Signature of authorized representative of debtor      Printed name

Title _General Counsel of Owner_

---

| **18. Signature of attorney** | X _(signature)_ Date _11/04/2019_ |
|---|---|
| | Signature of attorney for debtor      MM / DD / YYYY |

Benjamin J. Cohen
Printed name

Price-CO Law Group LLC
Firm name

337   Washington St   # 81283
Number   Street

Wellesley Hills
City

MA      02481
State      ZIP Code

678 270 2837
Contact phone

bjc@pricecolawgroup.com
Email address

141367
Bar number

GA
State

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name _____ Steakhouse Holdings LLC _____

United States Bankruptcy Court for the: _____ Northern _____ District of ____ GA ____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PERSISTERE LLC 3758 LaVista Road Ste 200 Tucker, GA 30084 | Ben Cohen (404) 245-4029 cohenbenj@outlook.com | Long Term NNN Lease Assumed Extensions are Exercised | | | | $1,905,915.45 |
| 2 | BB&T 2586 James B White Hwy Whiteville NC 28472-8974 | Homeonwer Counseling 1-800-569-4287 email address N/A | Assumed Mortgage via NNN Lease. DSD reflects different borrower | | | | $340,000 |
| 3 | Trustees of College Park Masonica Lodge No 454 Inc PO Box 87491 College Park, GA 30337 | Preston Cutler (404) 766-5532 preston.d.cutler@gmail.com | Leasehold | Disputed | | | $750/Month |
| 4 | Georgia Department of Revenue 1800 Century Blvd NE Suite 7207 Atlanta, GA 30345 | Merrill Jacobson, Esquire Compliance Division (404) 417-2282 merrill.jacobson@dor.ga.gov | Sales Tax | Contingent | | | $36,000 |
| 5 | SunTrust Mail Code: GA-ATL-0347 121 Perimeter Center West Parkway Atlanta, GA 30346 | Eric Kuniansky (470) 385-3605 eric.kuniansky@suntrust.com | Commercial Credit Facility | | $25,000.00 | $1467.00 | $23,533.00 |
| 6 | First Data Corporation 5565 Glenridge Con # 2000 Atlanta, GA 30342 | Jeffrey Alkire (800) 319-6236 Ext 6421580 jeffrey.alkire@fiserv.com | Trade Facility | Contingent | | | Approximately 2.85% of Sales |
| 7 | Stevens, Stevens & Oliver LLC 4167 Roswell Road Suite A, Floor 1 Atlanta, GA 30342 | Jackson Oliver (770) 393-8900 joliver@lawstevens.com | Legal Services Contract | | | | $25,000.00 |
| 8 | City of College Park 3667 Main Street College Park, GA 30337 | Belinda Walker (404) 669-3759 bwilder@collegeparkga.com | Utilities, Alcohol, Property Taxes | | | | $7,800.00 |

Debtor _____Steakhouse Holdings LLC_____ Case number (if known)_____
            Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Wizard LLC 4029 Emma Lane Atlanta, GA 30342 | Ginny Wills (917) 991-3485 ginny@yourbizwizard.com | Professional Services Contract | | | | $16,836.33 |
| 10  Taylor English & Duma 1600 Parkwood Cir Ste 200 Atlanta, GA 30339 | Kim Zaring (678) 336-7258 kzaring@taylorenglish.com | Legal Services Contract | | | | $12,465.98 |
| 11  The Hartford 3600 Wiseman Blvd San Antonio, TX 78251 | Susan L. Castaneda (877) 281-1312 email address N/A | Insurance Contract | | | | $5,143.00 |
| 12  Travelers 770 Pennsylvania Drive Suite 110 Exton, PA 19341 | Gerald P. Burke III (610) 458-2232 gpburke@travelers.com | Insurance Contract | | | | $2,500.00 |
| 13  50 Electric LLC 2976 Decatur Ave #A Scottdale, GA 30079 | Lucas Lupo (701) 290-1428 lucaslupo13@gmail.com | Professional Services Contract | | | | $3,050.00 |
| 14  Savannah Distributing 2860 Bankers Industrial Dr. Atlanta, GA 30360 | Karen Ftacek (678) 380-1212 ext 204 karen.ftacek@savdist.com | Trade Debt | Disputed | | | $1,800.00 |
| 15  Gene's Plumbing & Remodeling 3288 Main St. Atlanta, GA 30337 | Gene D. Lee (404) 766-3348 (404) 766-7567 Fax email address N/A | Professional Services Contract | | | | $1,600.00 |
| 16  Revere Meat Company 132 Royal Drive Forest Park, GA 30297 | EJ Hodgkinson (404) 363-0630 info@reveremeatco.com | Trade Debt | | | | $680.00 |
| 17  Restaurant Depot 1455 Ellsworth Industrial Blvd NW Atlanta, GA 30318 | Jet Rord (404) 351-2501 manager.066@jetrord.com | Trade Debt | | | | $1,700.00 |
| 18  Gordon Foods through Prep-ATL 3300 Marjan Drive Atlanta, GA 30340 | Mitch Jaffe (404) 491-7616 Mitchj@prepatl.com | Trade Facility | | | | Revolving of $3,300/week |
| 19  Beverage Control Inc 5215 S Royal Atlanta Drive Tucker. GA 30084 | Amanda Thurmond (770) 939-9637 ext 122 amanda@beveragecontrol.net | Equipment Lease | | | | $850/week |
| 20  Former Employees - Wage and Labor Suit c/o Salter Thompson Law, P.C. 2860 Piedmont Road, NE. Ste 215 Atlanta, GA 30305 | Amanda Thompson (404) 247-0107 amanda@stlaborlaw.com | Threatened Lawsuit | Contingent & Disputed | | | $10,000.00 |

**Fill in this information to identify the case:**

Debtor name __Steakhouse Holdings LLC__

United States Bankruptcy Court for the: ____Northern____ District of __GA__
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019 MM / DD / YYYY | to Filing date | ☑ Operating a business<br>☐ Other _____ | $ 891,956 |
| **For prior year:** | From 04/13/2018 MM / DD / YYYY | 12/31/2018 MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 869,861 |
| **For the year before that:** | From N/A MM / DD / YYYY | N/A MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From MM / DD / YYYY | to Filing date | _____ | $ |
| **For prior year:** | From MM / DD / YYYY | to MM / DD / YYYY | _____ | $ |
| **For the year before that:** | From MM / DD / YYYY | to MM / DD / YYYY | _____ | $ |

Debtor _____ Steakhouse Holdings LLC _____.    Case number (if known)_____
          Name

---

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | <u>Restaurant Depot</u><br>Creditor's name<br><u>1455 Ellsworth Industrial Blvd NW</u><br>Street<br><br><u>Atlanta        Georgia      30318</u><br>City              State          ZIP Code | _____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | <u>Wizzard LLC</u><br>Creditor's name<br><u>4029 Emma Lane</u><br>Street<br><br><u>Atlanta        Georgia      30342</u><br>City              State          ZIP Code | _____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br>_____<br>Street<br><br>_____<br>City        State      ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | _____<br>_____<br>_____ |
| 4.2. | _____<br>Insider's name<br>_____<br>Street<br><br>_____<br>City        State      ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | _____<br>_____<br>_____ |

---

Debtor    Steakhouse Holdings LLC                          Case number (if known)_____
_____
Name

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor,
sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City         State      ZIP Code | | | |
| 5.2. | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City         State      ZIP Code | | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of
the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City         State      ZIP Code | | | |

---

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor
was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Kristi Warren v. 1705 Virginia LLC | Complaint for Damages & Equitable Relief | Fulton County Superior Court<br>Name<br>185 Central Avenue<br>Street<br>Justice Center Tower<br>Atlanta          Georgia          30303<br>City               State          ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>2018CV302976 | | | |
| 7.2. | **Case title**<br>Wage & Hour Investigation | WHD of Dept of Labor | **Court or agency's name and address**<br>Wage and Hour Division<br>Name<br>61 Forsyth Street SW<br>Street<br>Room 7M10<br>Atlanta          Georgia          30303<br>City               State          ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>N/A | | | |

Debtor _____Steakhouse Holdings LLC_____ Case number (if known)_____
        Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | |
| | _____ | Name |
| City          State      ZIP Code | **Case number** | Street |
| | _____ | |
| | **Date of order or assignment** | City          State      ZIP Code |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 Recipient's name | | _____ | $_____ |
| Street | | | |
| City          State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| | | | |
| 9.2 Recipient's name | | _____ | $_____ |
| Street | | | |
| City          State      ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| General Manager stole during tenure but a sizable sum in one event during hospitalization from near death ATV accident with sons | None Received | 7/9/2019 | $  48,295.50 |

Debtor _____Steakhouse Holdings LLC_____     Case number (if known)_____
　　　　　 Name

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.    Jackson E. Oliver, Esq | _____ | Multiple | $_____ |
| **Address** | _____ | | |
|   4167 Roswell Road | | | |
| Street | | | |
|   Suite A, Floor 1 | | | |
|   Atlanta　　　GA　　30342 | | | |
| City　　　　　State　　ZIP Code | | | |

**Email or website address**

  joliver@lawstevens.com

**Who made the payment, if not debtor?**

_____

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2.    Beth Moeller, Esq. | _____ | 10/22/2019 | $ 3,750 |
| **Address** | _____ | | |
|   Moeller Barbaree LLP | | | |
| Street | | | |
|   181 14th Street Ne | | | |
|   Atlanta　　　GA　　30309 | | | |
| City　　　　　State　　ZIP Code | | | |

**Email or website address**

  bmoeller@moellerbarbaree.com

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

Debtor    _____Steakhouse Holdings LLC_____    Case number (if known)_____
         Name

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7:    Previous Locations

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | _____ | From _____ | To _____ |
| | Street | | |
| | _____ | | |
| | City          State    ZIP Code | | |
| 14.2. | _____ | From _____ | To _____ |
| | Street | | |
| | _____ | | |
| | City          State    ZIP Code | | |

Debtor    Steakhouse Holdings LLC                    Case number (if known)_____
         Name

---

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

         Does the debtor have a privacy policy about that information?

            ☐ No

            ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

         ☐ No. Go to Part 10.

         ☐ Yes. Fill in below:

            **Name of plan**                          **Employer Identification number of the plan**

            _____      EIN: __ __ – __ __ __ __ __ __ __

         Has the plan been terminated?

         ☐ No

         ☐ Yes

---

Debtor ___Steakhouse Holdings LLC_____     Case number (if known)_____
     Name

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial Institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name<br>_____<br>Street<br>_____<br>City       State      ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City       State      ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City       State      ZIP Code | _____<br>_____<br>_____<br><br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _Building Property Services Maintenance Inc._<br>Name<br>_3396 Hardee Ave Chamblee_<br>Street<br>_Chamblee      GA      30341_<br>City       State      ZIP Code | Max J. Cohen<br><br>SDC Homes, INC.<br><br>Theseus Scott, President of SDC<br><br>**Address**<br>4700 Chamblee-Dunwoody Rd 30338<br>2740 Edgewater Ct Jonesboro 30236 | Building Materials<br><br>Heavy Machinery for Construction<br><br>e.g. hitch sled, concrete pounder, jack hammer | ☐ No<br>☑ Yes |

---

Debtor      Steakhouse Holdings LLC          Case number *(if known)* _____
            Name

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City   State   ZIP Code | | | |

### Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City   State   ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

Debtor    Steakhouse Holdings LLC
_____    Case number (if known)_____
Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State      ZIP Code | City          State      ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | |
| | | From _____    To _____ |
| City      State      ZIP Code | | |
| 25.2.  Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | |
| | | From _____    To _____ |
| City      State      ZIP Code | | |
| 25.3.  Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | |
| | | From _____    To _____ |
| City      State      ZIP Code | | |

Debtor ___Steakhouse Holdings LLC_____     Case number (if known)_____
      Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** McNair McLeMore Middlebrooks & CO Certified Public Accountants | From __4/13/18__ To __Present__ |
| Name | |
| 339 Mulberry Street | |
| Street | |
| Macon                    Georgia          31201 | |
| City                        State            ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26a.2.** | From _____ To _____ |
| Name | |
| Street | |
| City                        State            ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** McNair McLeMore Middlebrooks & CO Certified Public Accountants | From __4/13/18__ To __Present__ |
| Name | |
| 339 Mulberry Street | |
| Street | |
| Macon                    Georgia          31201 | |
| City                        State            ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26b.2.** | From _____ To _____ |
| Name | |
| Street | |
| City                        State            ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** Benjamin J. Cohen | |
| Name | |
| 337 Washington St | |
| Street | |
| # 81283 | |
| Wellesley Hills          MA          02481 | |
| City                        State            ZIP Code | |

Debtor _____Steakhouse Holdings LLC_____          Case number (if known)_____
                Name

| | Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|---|

**26c.2.**

Name _____          _____

Street _____          _____

City _____ State _____ ZIP Code _____          _____

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

**26d.1.**

Name _____

Street _____

City _____ State _____ ZIP Code _____

**Name and address**

**26d.2.**

Name _____

Street _____

City _____ State _____ ZIP Code _____

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

**27.1.**

Name _____

Street _____

City _____ State _____ ZIP Code _____

Debtor    Steakhouse Holdings LLC                                    Case number (if known)_____
_____
    Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2. _____
      Name
      _____
      Street
      _____
      _____
      City                              State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Benjamin J. Cohen | 337 Washington St. #81283, Wellesley Hills, MA 02481 | Manager | 100 |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. At times, Ben Cohen c/o Sarah Cohen: Married filing jointly so CPA explained no | Please see attached income statements | various | Repay Loans Made to LLC |
| Name | | | |
| legal or tax distinction as sole member LLC, flow through entity, when repaying loan made | | | |
| Street | | | |
| to the company to make SFC Payee instead of BJC as Payee for Federal or State income | | | |
| tax purposes in repaying expenses advanced or individual loans made on behalf of the company | | | |
| City                       State       ZIP Code | | | |
| **Relationship to debtor** | | | |
| Please see above | | | |

Debtor     Steakhouse Holdings LLC        Case number (if known)_____
       Name

---

**Name and address of recipient**

30.2

Name

Street

City               State       ZIP Code

**Relationship to debtor**

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

---

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11 / 04 / 2019
           MM / DD / YYYY

✗ _____        Printed name  Benjamin J. Coley
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Attorney

---

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

**Fill in this information to identify the case:**

Debtor name ___Steakhouse Holdings LLC___

United States Bankruptcy Court for the: _____Northern_____ District of ___GA___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 650

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. SunTrust | Checking | 4 0 8 3 | $ 3400 |
| 3.2. SunTrust | Checking | 4 0 9 1 | $ 3100 |

4. **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. SunTrust | Checking | 6606 | $ 2200 |
| 4.2. | | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 9350

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | |
   |---|---|
   | 7.1. | $ |
   | 7.2. | $ |

Debtor _____Steakhouse Holdings LLC_____ Case number *(if known)*_____
        Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. Long Term NNN Lease for Real Property Located at 1705 Virginia Avenue in favor of Persistere LLC          $_____

   8.2. Management Contract to Operate Restaurant located at leased premises in favor of Hospitality Ventures Management - Manchester Arms, LLC   $ 40,000 - accrued but not yet paid

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                                                            $_____

---

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                                        Current value of debtor's
                                                                                        interest

11. **Accounts receivable**

    11a. 90 days old or less:   _____ – _____ = ....➔          $_____
                                face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:      _____ – _____ = ....➔          $_____
                                face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                                      $_____

---

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                              Valuation method          Current value of debtor's
                                                              used for current value     interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____          _____          $_____
    14.2. _____          _____          $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,**
    **including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1._____          _____%          _____          $_____
    15.2._____          _____%          _____          $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable**
    **instruments not included in Part 1**

    Describe:

    16.1._____          _____          $_____
    16.2._____          _____          $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                                                         $_____

---

Debtor _____ Steakhouse Holdings LLC _____    Case number (if known) _____
      Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials**<br>Non-perishable and Frozen Food Inventory | 10/29/2019<br>MM / DD / YYYY | $ 18,000 | Cost | $ 9,000 |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies**<br>Tableware | 10/29/2019<br>MM / DD / YYYY | $ 30,000 | Cost | $ 15,000 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 24,000

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor    Steakhouse Holdings LLC
Name

Case number _(if known)_____

---

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

### Part 7:    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Point of Sale Systems - Hardware, Software, Printers, Terminals | $___5600___ | Cost | $___2,800___ |
| 42. **Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 ___Art & Decor___ | $___72,000___ | Cost | $___36,000___ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$____38,800____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    Steakhouse Holdings LLC _____    Case number (if known)_____
        Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| leaf blower, lawn mower, beer lines, kegerators | $ 2,400 | Cost | $ 1,200 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    | $ 1,200 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor ____Steakhouse Holdings LLC_____ Case number (if known)_____
Name

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  1705 Virginia Ave College Park GA 30337 | Leasehold NNN | $   N/A | N/A | $   N/A |
| 55.2  Tax Parcel 14-0159-0010-048-7 | | $ | | $ |
| 55.3  Brick Tudor 1945 SFR converted to Restaurant Use | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$   $1,200

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and intellectual property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets**<br>Trademark Registration in Process | $ | | $ |
| **61.  Internet domain names and websites**<br>www.themanchesterarmsatl.com | $ | | $ |
| **62.  Licenses, franchises, and royalties** | $ | | $ |
| **63.  Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64.  Other intangibles, or intellectual property**<br>All I.P. carried on the balance sheet as one line item | $   11,695.34 | Cost | $   11,695.34 |
| **65.  Goodwill** | $   54,070.11 | Cost | $   54,070.11 |

**66.  Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$   65,766.11

Debtor    Steakhouse Holdings LLC                                         Case number (if known)_____
          Name

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➡ $_____
                                   Total face amount   doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

**73. Interests in insurance policies or annuities**

_____                           $_____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                           $_____

Nature of claim        _____

Amount requested       $_____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                           $_____

Nature of claim        _____

Amount requested       $_____

**76. Trusts, equitable or future interests in property**

_____                           $_____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                              $_____
_____                              $_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.          $_____

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Steakhouse Holdings LLC
         Name                                                                    Case number (if known)_____

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $   9350 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $   24000 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $   38800 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $   1200 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................➜ | | $_____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $   65766.11 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column............................. 91a. | $   139,116.11 | **+** 91b. $_____ |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ...................................................    $   139,116.11

**Fill in this information to identify the case:**

Debtor name _____ Steakhouse Holdings LLC _____

United States Bankruptcy Court for the: ___Northern___ District of ___GA___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

Creditor's name
Persistere LLC

Creditor's mailing address
337 Washington Street # 81283
Wellesley Hills, MA 02481

Creditor's email address, if known
cohenbenj1976@gmail.com

Date debt was incurred    April 1, 2018

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
Funiture, Fixtures, and Equipment on Leased Premises    $ Contingent    $ Unliquidated

Describe the lien
Fixture Filing on FF&E under Lease Covenant

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**2.2**

Creditor's name
SunTrust

Creditor's mailing address
Mail Code: GA-ATL-0347.  121 Perimeter Center West Pkwy
Atlanta, Georgia 30346

Creditor's email address, if known
eric.kuniansky@suntrust.com

Date debt was incurred    July 2018

Last 4 digits of account number   1   0   3   0

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
Credit Facility Secured by Demand Deposit Accounts    $ Contingent    $ Determined by Set-Off

Describe the lien
Cross collateralized and Dragnet Clause

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ Contingent

Debtor    Steakhouse Holdings LLC
          Name                                                    Case number (if known)_____

---

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__**  **Creditor's name**

Beverage Control

**Creditor's mailing address**

5215 S Royal Atlanta Drive

Tucker, Georgia 30084

**Creditor's email address, if known**

amanda@beveragecontrol.net

**Date debt was incurred**    August 2019

**Last 4 digits of account number**    1  8  4  9

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Beer lines, taps, Kegerator

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**Describe the lien**

Contractual right to repossess for non-payment

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

$ ____ Contingent       $ ____ Unliquidated

---

**2.__**  **Creditor's name**

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**Creditor's mailing address**

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**Creditor's email address, if known**

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**Date debt was incurred**    ＿＿＿＿＿＿＿

**Last 4 digits of account number**    __  __  __  __

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**Describe the lien**

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____       $_____

---

Debtor    Steakhouse Holdings LLC
_____
Name

Case number *(if known)*_____

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| No Additional | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Steakhouse Holdings LLC |
| United States Bankruptcy Court for the: | Northern District of GA |
| | (State) |
| Case number (If known) | |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**
Priority creditor's name and mailing address
Georgia Department of Revenue
1800 Century Blvd Ne. Suite 7207
Atlanta, Georgia 30345

**Date or dates debt was incurred**
within previous 240 days

**Last 4 digits of account number**  4  4  0  0

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)   (A)

As of the petition filing date, the claim is: $ 36,000    $ 36,000
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
tax on or measured by income or gross receipts

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.2**
Priority creditor's name and mailing address
City of College Park
3667 Main Street
College Park, GA 30337

**Date or dates debt was incurred**
Nov-Dec 2019

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)   (C)

As of the petition filing date, the claim is: $ 7,800    $ 7,800
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Utilities, Alcohol and City Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.3**
Priority creditor's name and mailing address
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Steakhouse Holdings LLC
          Name                                                    Case number (if known)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.___ Nonpriority creditor's name and mailing address**

BB&T

2586 James B White Hwy

Whiteville NC 28472-8974

**Date or dates debt was incurred** April 1, 2018

**Last 4 digits of account number** 9 0 0 1

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Assumed Lease Obligation

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

$ 340,000

---

**3.___ Nonpriority creditor's name and mailing address**

Trustees of College Park Masonica   Lodge No 454 Inc

PO Box 87491

College Park, GA 30337

**Date or dates debt was incurred** May 1, 2018

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Leasehold

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

$ 750/month

---

**3.___ Nonpriority creditor's name and mailing address**

First Data Corporation

5565 Glenridge Con # 2000

Atlanta, GA 30342

**Date or dates debt was incurred** July 2, 2018

**Last 4 digits of account number** 4 8 8 9

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Trade Facility and Equipment Lease

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ Approximately 2.85% of Sales

---

**3.___ Nonpriority creditor's name and mailing address**

Stevens, Stevens & Oliver LLC

4167 Roswell Road    Suite A, Floor 1

Atlanta, GA 30342

**Date or dates debt was incurred** October 23, 2019

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Legal Services Contract

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 25,000

---

**3.___ Nonpriority creditor's name and mailing address**

Wizard LLC

4029 Emma Lane

Atlanta, GA 30342

**Date or dates debt was incurred** August 2019

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Professional Services Contract

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ 16,836.33

---

Debtor    Steakhouse Holdings LLC    Case number (if known) _____
        Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 12,465.98

Taylor English & Duma

1600 Parkwood Cir    Ste 200

Atlanta, GA 30339

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Services Contract

**Date or dates debt was incurred** August 2019

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 10,000 in aggregate

Brandon Davis, Lisa Ross, LeTory Stewart, Ian Kelly, Marcos Olynik & JT Howard

c/o Salter Thompson Law, P.C.    2860 Piedmont Road, NE. Ste 215

Atlanta, GA 30305

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Claim for Wages

**Date or dates debt was incurred** June 2019

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 5,143.00

The Hartford

3600 Wiseman Blvd

San Antonio, TX 78251

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance Contract

**Date or dates debt was incurred** April 2019

**Last 4 digits of account number** 7 H F W

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 2,500.00

Travelers

770 Pennsylvania Drive    Suite 110

Exton, PA 19341

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance Contract

**Date or dates debt was incurred** April 2018

**Last 4 digits of account number** 8 2 1 1

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 3,050.00

50 Electric LLC

2976 Decatur Ave #A

Scottdale, GA 30079

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Services Contract

**Date or dates debt was incurred** August 2019

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 1,800.00

Savannah Distributing

2860 Bankers Industrial Dr.

Atlanta, GA 30360

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Fraudulent Charge made against Trade Line

**Date or dates debt was incurred** April 2019

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☑ Yes

---

Debtor    Steakhouse Holdings LLC
_____    Case number (if known) _____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ _____43,800.00_____ |
| 5b. **Total claims from Part 2** | 5b. **+** | $ _____417,545.31_____ |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____461,345.31_____ |

**Fill in this information to identify the case:**

Debtor name ___Steakhouse Holdings LLC___

United States Bankruptcy Court for the: ___Northern___    District of ___GA___
(State)

Case number (If known): _____    Chapter ___11___

❑ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest: NNN Lease for Real Property and FF&E Located at 1705 Virginia Ave. College Park, GA 30337 - Lessee <br><br> State the term remaining: 25 Years with Extensions <br><br> List the contract number of any government contract: | Persistere LLC <br> 337 Washington St. # 81283 <br> Wellesley Hills, MA 02481 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest: Management Contract to Operate a Restaurant at Leased Premises - Debtor is Owner <br><br> State the term remaining: Initial Term 5 years with 5 year Renewals <br><br> List the contract number of any government contract: | Hospitality Ventures Management - Manchester Arms, LLC <br> 1 Lakeside Commons <br> 990 Hammond Drive <br> Atlanta, GA 30328 |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest: Parking lot lease for overflow parking Debtor is Lessee <br><br> State the term remaining: in Dispute <br><br> List the contract number of any government contract: | Trustees of College Park Masonica Lodge No 454 Inc <br> PO Box 87491 <br> College Park, GA 30337 |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest: Office Lease - Debtor is Co-Lessee <br><br> State the term remaining: 2 Years <br><br> List the contract number of any government contract: | Edge Realty LLC <br> 1660 Soldiers Field Road <br> Boston, MA 02135 |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest: POS Equipment Hardware and Software Equipment Lease - Debor is Lessee <br><br> State the term remaining: Perpetual unless notice of non-renewal <br><br> List the contract number of any government contract: | First Data Corporation <br> 5565 Glenridge Con # 2000 <br> Atlanta, GA 30342 |

Debtor    Steakhouse Holdings LLC    Case number (if known)
_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**

| State what the contract or lease is for and the nature of the debtor's interest | Marketing and Branding Services | Wizard LLC |
| | Debtor is Customer | 4029 Emma Lane |
| State the term remaining | until scope of work completed | Atlanta, GA 30342 |
| List the contract number of any government contract | | |

**2.7**

| State what the contract or lease is for and the nature of the debtor's interest | Insurance Contracts - Debor is the Insured | The Hartford     Travelers |
| | | 3600 Wiseman Blvd     770 Pennsylvania Drive |
| State the term remaining | Renew Annually | San Antonio, TX 78251     Suite 110 |
| List the contract number of any government contract | | Exton, PA 19341 |

**2.8**

| State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - Debtor is Lessee | Beverage Control Inc |
| | | 5215 S Royal Atlanta Drive |
| State the term remaining | Perpetual unless notice of non-renewal | Tucker, GA 30084 |
| List the contract number of any government contract | | |

**2.9**

| State what the contract or lease is for and the nature of the debtor's interest | Legal Services Contract | Stevens, Stevens & Oliver LLC |
| | Debtor is Client | 4167 Roswell Road |
| State the term remaining | until scope of work completed | Suite A, Floor 1 |
| List the contract number of any government contract | | Atlanta, GA 30342 |

**2.10**

| State what the contract or lease is for and the nature of the debtor's interest | Cable, telephone, and internet Contract | Comcast |
| | Debtor is user | One Comcast Center |
| State the term remaining | 3 Years | 1701 JFK Blvd |
| List the contract number of any government contract | | Philadelphia, PA 19103 |

**2.11**

| State what the contract or lease is for and the nature of the debtor's interest | Contract for Utilities | City of College Park     Georgia Natural Gas |
| | Debtor is user | 3667 Main St.     PO Box 440667 |
| State the term remaining | Perpetual unless notice of non-renewal | College Park, GA 30337     Kennesaw, GA 30160 |
| List the contract number of any government contract | College Park 10240500-01; 10240501-00 | |

**2.12**

| State what the contract or lease is for and the nature of the debtor's interest | Payroll Services Contract | SunTrust Payroll Services |
| | Debtor is Employer | Mail Code: GA-ATL-0347 |
| State the term remaining | Perpetual unless notice of non-renewal | 121 Perimeter Center West Parkway |
| List the contract number of any government contract | | Atlanta, GA 30346 |

**Fill in this information to identify the case:**

Debtor name ___Steakhouse Holdings LLC___

United States Bankruptcy Court for the: ___Northern___    District of ___GA___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Benjamin J. Cohen | 337 Washington Street <br> Street <br> #81283 <br> Wellesley Hills          MA          02481 <br> City          State          ZIP Code | SunTrust | ☑ D <br> ☑ E/F <br> ☐ G |
| 2.2 | Street <br><br> City          State          ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | Street <br><br> City          State          ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | Street <br><br> City          State          ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | Street <br><br> City          State          ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | Street <br><br> City          State          ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name __Steakhouse Holdings LLC__ _____ _____ _____ _____ _____ _____

United States Bankruptcy Court for the: __Northern__ _____ District of __GA__ _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**    **Summary of Assets**

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................................... $ _____ 0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*................................................................ $ _____ 139,116.11

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................. $ _____ 139,116.11

---

**Part 2:**    **Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................ $ _0.00/Contingent

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................... $ _____ 43,800.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................... **+** $ _____ 417,545.31

4. **Total liabilities**..........................................................................................................................................
   Lines 2 + 3a + 3b
       $ _____ 461,345.31

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name _____ Steakhouse Holdings LLC

United States Bankruptcy Court for the: _____ Northern _____ District of _____ GA
(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration _balance sheet, stmnt of operations, cashflow stmnt, federal income tax return_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _11_ / _04_ / _2019_ 　　　X  _____
　　　　　　　MM / DD / YYYY 　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　_Benjamin J. Cohen, Esq. Georgia Bar # 141367_
　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　_Attorney for Debtor and Owner of Entity_
　　　　　　　　　　　　　　　　Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Northern _____ District Of __Georgia__

**In re**

    Steakhouse Holdings LLC

                                          Case No. _____

**Debtor**                                    Chapter __11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $__25,000.00____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $__0.00_____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $__25,000.00____

2. The source of the compensation paid to me was:

   ☑ Debtor             ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor             ☐ Other (specify)

4.     ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

       ☑ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

     d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

     e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to
me for representation of the debtor(s) in this bankruptcy proceeding.

  11/04/2019                         GA BAR # 141367
*Date*                     *Signature of Attorney*

                    **PRICE-CO LAW GROUP LLC**
                    *Name of law firm*

List of Creditors

PERSISTERE LLC
3758 LaVista Road
Ste 200
Tucker, GA 30084

Branch Banking and Trust
2586 James B White Hwy
Whiteville NC, 28472-8974

Trustees of College Park Masonica
Lodge No 454 Inc
PO Box 87491
College Park, GA 30337

Georgia Department of Revenue
1800 Century Blvd NE
Suite 7207
Atlanta, GA 30345

SunTrust
Mail Code GA-ATL-0347
121 Perimeter Center West Parkway
Atlanta, GA 30346

First Data Corporation
5565 Glenridge Con Number  2000
Atlanta, GA 30342

Stevens, Stevens and Oliver LLC
4167 Roswell Road
Suite A, Floor 1
Atlanta, GA 30342

City of College Park
3667 Main Street
College Park, GA 30337

Wizard LLC
4029 Emma Lane
Atlanta, GA 30342

Travelers
770 Pennsylvania Drive
Suite 110
Exton, PA 19341

50 Electric LLC
2976 Decatur Ave.  A

Scottdale, GA 30079

Savannah Distributing
2860 Bankers Industrial Dr.
Atlanta, GA 30360

Gene's Plumbing and Remodeling
3288 Main St.
Atlanta, GA 30337

Revere Meat Company
132 Royal Drive
Forest Park, GA 30297

Restaurant Depot
1455 Ellsworth Industrial Blvd NW
Atlanta, GA 30318

Gordon Foods through Prep-ATL
3300 Marjan Drive
Atlanta, GA 30340

Beverage Control Inc
5215 S Royal Atlanta Drive
Tucker, GA 30084

Taylor English and Duma
1600 Parkwood Cir. Ste 200
Atlanta, GA 30339

The Hartford
3600 Wiseman Blvd
San Antonio, TX 78251

```
U. S. BANKRUPTCY COURT / NORTHERN DISTRICT OF GEORGIA / ATLANTA DIVISION

RECEIPT #01259497 (RS) OF 11/13/2019  -- REPRINTED 11/13/2019 AT 09:22 AM


ITEM  CODE  CASE            QUANTITY                 AMOUNT  BY

   1   11N  19-68250              1              $ 1,717.00  Check/MO
              Judge  - unknown at time of receipt
              Debtor - STEAKHOUSE HOLDINGS LLC


TOTAL:                                           $ 1,717.00


FROM: Benjamin J. Cohen
      Price-Co Law Group LLC
      337 Washington St # 81283
      Wellesley Hills, MA 02481
      Bar # 141367
```

Page 1 of 1

| Case Number:  19-68250 | Name:  Steakhouse | Chapter:  11 |
|---|---|---|

Please submit the following original documents to the Court for filing so that the case will proceed timely.  If you would like to have a filed-stamped copy of the documents, please submit an extra copy along with a self-addressed stamped envelope.

☐ Individual - Series 100 Forms     ☒ Non-Individual - Series 200 Forms

**MISSING DOCUMENTS DUE WITHIN 7 DAYS**
☐ Complete List of Creditors (names and addresses of all creditors)
☐ Pro Se Affidavit (**due within 7 days**, signature must be **notarized, or witnessed** by a Court Intake Clerk, accompanied by a picture I.D.)
☐ Signed Statement of SSN (**due within 7 days**)

**MISSING DOCUMENTS DUE WITHIN 14 DAYS**
☐ Statement of Financial Affairs
☐ Schedules: A/B D E/ F  G  H
☐ Summary of Assets and Liabilities
☐ Declaration About Debtor(s) Schedules
☐ Attorney Disclosure of Compensation
☐ Petition Preparer's Notice, Declaration and Signature (*Form 119*)
☐ Disclosure of Compensation of Petition Preparer (*Form 2800*)
☐ Chapter 13 Current Monthly Income
☐ Chapter 7 Current Monthly Income
☐ Chapter 11 Current Monthly Income
☐ Certificate of Credit Counseling (*Individuals only*)
☐ Pay Advices *(Individuals only) (2 Months)*
☐ Chapter 13 Plan, complete with signatures (***local form***)
☒ Corporate Resolution (*Business Ch. 7 & 11*)

**Ch.11 Business**
☐ 20 Largest Unsecured Creditors
☐ List of Equity Security Holders
☐ Small Business - Balance Sheet
☐ Small Business - Statement of Operations
☐ Small Business - Cash Flow Statement
☐ Small Business - Federal Tax Returns

**MISSING DOCUMENTS DUE WITHIN 30 DAYS**
☐ Statement of Intent – Ch. 7  (*Individuals only*)

**Petition Deficiencies:**
☐ Last 4 digits of SSN
☐ Address ☐ County
☐ Type of Debtor
☐ Chapter
☐ Nature of Debts
☐ Statistical Estimates
☐ Venue
☐ Attorney Bar Number

**Case filed via:**
☐ Intake Counter by:
 ☐ Attorney
 ☐ Debtor - verified ID
 ☐ Other - copy of ID:

☒ Mailed by:
 ☒ Attorney Benjamin J. Cohen 678-270-2837
 ☐ Debtor
 ☐ Other: _____

**History of Case Association**

Prior cases within 2 years:

Signature: _____
Acknowledgment of receipt of check list

---

Official and Local Bankruptcy Forms are available on the Court's website at: www.ganb.uscourts.gov.  If filing bankruptcy without an attorney, please read the information regarding *Filing Bankruptcy without an Attorney* at: www.uscourts.gov/services-forms/bankruptcy/filing-without-attorney.

**FILING FEE INFORMATION -** if the required filing fees are not paid in full at the time of case filing, an Order will be forthcoming:

☒ Paid $__1,717.00__ ☐ **2g-Order Granting** ☐ **3g-Order Granting 10-day  (initial payment of $_____ due within 10 days)**

☐ **2d-Order Denying** with filing fee of $_____ due within **10 days** ☒ IFP filed (Ch.7 Individuals Only)

☐ No Application to Pay in Installments, Order Regarding Unpaid Case Filing Fee**.**

You may mail documents and filing fee payments (**no personal checks accepted - cashier's check or money orders only**) to the address below.
**All fee payments and documents filed with the Court  must show the debtor's name and bankruptcy case number.**
**\*\*Failure to Comply may result in the dismissal of your case.\*\***
UNITED STATES BANKRUPTCY COURT
75 Ted Turner Drive, SW, Room 1340
Atlanta, Georgia 30303
404-215-1000

| Intake Clerk:  R.Smith | Date:  11/13/19 | Case Opener: | Date: |
|---|---|---|---|